United States Bankruptcy Court
District of Oregon

In re:          Case No. 23-32092-thp
Laura K Foutch          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3      User: Admin.      Page 1 of 1
Date Rcvd: Sep 18, 2023      Form ID: OPI      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura K Foutch, 3609 SE 42nd Avenue, #21, Portland, OR 97206-3289 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2023      Signature:      /s/Gustava Winters

**Below is an order of the Court.**

*Teresa H. Pearson*

**U.S. Bankruptcy Judge**

OPI (12/1/20) jed

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re )
 Laura K Foutch ) Case No. **23−32092−thp7**
Debtor(s) )
 ) ORDER TO PAY FILING FEES
 ) IN INSTALLMENTS
 )
 )

There is a balance due for filing fees and, any necessary modifications having been made to the proposed payment terms set forth in the debtor's application, now, therefore,

**IT IS ORDERED** that:

1. The Court must **receive** each payment below no later than the date indicated:

    **$169.00 by 10/18/23.**

    **$169.00 by 11/17/23.**

2. If the debtor fails to timely pay any amount as required, the case may be promptly dismissed.

3. All installments of the filing fee must be paid in full before the debtor or chapter 13 trustee may make further payments to an attorney or any other person who renders services to the debtor in connection with the case.

###

**Payment Options**

**Online payments:** You may pay your remaining filing fees online using a credit card, debit card, or ACH. Visit https://www.orb.uscourts.gov and select Online Payments from the main page.

**Check or money order:** Make your check or money order payable to "Clerk, U.S. Bankruptcy Court", include the case number, and mail or deliver to the Clerk at 1050 SW 6th Ave. #700, Portland, OR 97204.

**Cash:** Please bring the exact amount. The Clerk's office cannot make change. Do not send cash through the mail.

**NOTE:** The Clerk's office does not accept payments over the phone. Payments must be made using the options outlined above.

**Notice to Customers Making Payment by Check**

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

*Privacy Act* – A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available from www.fms.treas.gov/otcnet/index.html, or call toll free at 1-866-945-7920 to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.